**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL ACTION** |
| **v.** | : | **No. 25-cr-472** |
| | : | |
| **HERM TUGGLES** | : | |

## ORDER

This 1st day of May, 2026, for the reasons set out in the accompanying memorandum, it is

hereby **ORDERED** that Defendant's Motion to Suppress, ECF 29, is **DENIED**.

       /s/ Gerald Austin McHugh
       United States District Judge